CHALOS, O'CONNOR & DUFFY, LLP
Attorneys for Plaintiff
366 Main Street
Port Washington, New York 11050
Tel: (516) 767-3600 / Fax: (516) 767-3605
Eugene J. O'Connor (EO-9925)
Timothy Semenoro (TS-6847)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

COSCO BULK CARRIER CO. LTD.

                Plaintiff,

       v.

PCL SHIPPING PTE LTD.,

                Defendant.
------------------------------------------------------------X

08 CV _____

**RULE 7.1 STATEMENT**

    Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for Plaintiff COSCO BULK CARRIER CO. LTD. certifies that it is a subsidiary of China COSCO Holdings Company Limited, which is publicly traded on the Hong Kong Stock Exchange.

Dated: Port Washington, New York
       April 14, 2008

                              CHALOS, O'CONNOR & DUFFY, LLP
                              Attorneys for Plaintiff

By: _____
                              Eugene J. O'Connor (EO-9925)
                              Timothy Semenoro (TS-6847)
                              366 Main Street
                              Port Washington, New York 11050
                              Tel: (516) 767-3600 / Fax: (516) 767-3605