CHALOS, O'CONNOR & DUFFY, LLP
Attorneys for Plaintiff
366 Main Street
Port Washington, New York 11050
Tel: (516) 767-3600 / Fax: (516) 767-3605
Eugene J. O'Connor (EO-9925)
Timothy Semenoro (TS-6847)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
COSCO BULK CARRIER CO. LTD.,

                  Plaintiff,

    v.

PCL SHIPPING PTE LTD.,

                  Defendant.
------------------------------------------------------------X

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4-21-08

08 CV 3561 (VM)

**NOTICE OF VOLUNTARY DISMISSAL AND ORDER**

PLEASE TAKE NOTICE that the above-entitled action is hereby voluntarily dismissed without prejudice by Plaintiff as to the named Defendant pursuant to Rule 41(a)(1) of the Rules of Civil Procedure for the United States District Courts. No costs are to be assessed to any party.

FURTHERMORE, all property, including assets, accounts, electronic fund transfers, funds, etc., of Defendant PCL SHIPPING PTE LTD., currently attached and held by any and all garnishee banks pursuant to the Court's Order for Issuance of Process of Maritime Attachment, dated April 14, 2008, and corresponding Process of Maritime Attachment and Garnishment, including any Supplemental Process, are to be released to the Defendant (i.e. allow wire transfers to proceed as per their original routing instructions, unless otherwise directed) and said attachments are vacated.

Dated: Port Washington, New York
       April 21, 2008

                                  CHALOS, O'CONNOR & DUFFY
                                  Attorneys for Plaintiff

                          By:     _____
                                  Eugene J. O'Connor (EO-9925)
                                  Timothy Semenoro (TS-6847)
                                  366 Main Street
                                  Port Washington, New York 11050
                                  Tel: 516-767-3600 / Fax: 516-767-3605

SO ORDERED: 21 April 2008
The Clerk of Court is directed to withdraw any pending
motions in this action and to close the case.

_____
Hon. Victor Marrero, U.S.D.J.

2