```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ X
COSCO BULK CARRIER CO. LTD.,         :
                                     :
                Plaintiff,           :    08 Civ 3561
                                     :
     - against -                     :    ORDER
                                     :
PCL SHIPPING PTE LTD.,,              :
                                     :
                Defendant.           :
------------------------------------ X
```

**VICTOR MARRERO, United States District Judge.**

By Notice of Voluntary Dismissal and Order dated April 21, 2008 the Court directed the Clerk of Court to dismiss this action without prejudice and to close the captioned case and remove it from the Court's docket. A review of the Docket Sheet for this matter indicates that the case remains listed on the Court's database of open cases. Accordingly, it is hereby

**ORDERED** that in accordance with the parties' Notice of Voluntary Dismissal and Order of April 21, 2008 the Clerk of Court is directed to enter judgment dismissing this action without prejudice and to close this case and remove it from the Court's list of pending cases.

**SO ORDERED.**

Dated:   New York, New York
         24 April 2008

_____
VICTOR MARRERO
U.S.D.J.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-24-08